[No. 23128–6–I. Division One. June 25, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JARRAY FRANCISCUS WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–8–02676–1, George T. Mattson, J., entered December 20, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, A.C.J., concurred in by Swanson and Pekelis, JJ.

[No. 24018–8–I. Division One. June 25, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER EUGENE SPEARMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88–8–03510–7, Maurice M. Epstein, J. Pro Tem., entered April 10, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Webster, J. Now published at 59 Wn. App. 323.

[No. 9839–7–III. Division Three. June 26, 1990.]

JOSEPH R. SCHNEIDER, *as Guardian ad Litem*, ET AL, *Appellants*, v. YAKIMA COUNTY, *Appellant*, THE CITY OF GRANDVIEW, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 88–2–00718–4, Duane E. Taber, J., entered January 17, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Cole, J. Pro Tem.